**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHRIS PARNELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:22-CV-456-WHA-CSC** |
| | ) | |
| | ) | |
| **CHILTON COUNTY JAIL, et. al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed September 1, 2022 (Doc. 5), to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see,* 28 U.S.C. § 636(b), it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;;

2.  This case is DISMISSED with prejudice;

3.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 21st day of September, 2022.

  /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE